Ryan West (Utah Bar No.10398)
CORVUS LAW GROUP, LLC
15 West South Temple Suite 1000
Salt Lake City, Utah 84101
888-315-4735 (tel)
888-316-0929 (fax)
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| DAVID R. TRESKO, | **ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL** |
|---|---|
| Plaintiff, | |
| vs. | |
| BANK OF AMERICA, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, | Case No. 2:10-cv-906-PMW |
| Defendants. | Magistrate Judge Paul M. Warner |

Before the court is Plaintiff's Motion for Voluntary Dismissal without prejudice.[1] The motion is **GRANTED**, and this case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

DATED this 19th day of November, 2010.

BY THE COURT:

_____
PAUL M. WARNER
United States Magistrate Judge

---

[1] *See* docket no. 3

1